## KELLEHER & DUNNE LLP
### ATTORNEYS AT LAW

17 BATTERY PLACE
11TH FLOOR
NEW YORK, NY 10004

(212) 825-1700
FAX: (212) 825-1108

DENIS P. KELLEHER

**MEMO ENDORSED**

VIA FACSIMILE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/06

February 27, 2006

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Fax# 212-805-7968

RE: *United States v. Douglas Shyne, et. al.*
S2 05 Cr. 1067 (KMK)

Dear Judge Karas:

I am the attorney for Naresh Pitambar ("Pitambar"), one of the defendants in the above-referenced indictment. I write to request permission for Pitambar to travel to Atlanta, GA tomorrow returning on the following day, March 1, 2006. The purpose of this trip is to attend a real estate closing for a home that he and his wife are purchasing in the area.

I have spoken to AUSA Danya Perry, and she indicated she has no objection to this request. Thank you for your consideration in this matter.

Respectfully submitted,

Denis Kelleher (DK-1414)

Cc: AUSA Danya Perry (via fax# 212-637-2429)

SO ORDERED

KENNETH M. KARAS U.S.D.J.
2/27/06