KELLEHER & DUNNE
ATTORNEYS AT LAW

17 BATTERY PLACE
11TH FLOOR
NEW YORK, NY 10004

(212) 825-1700
FAX: (212) 825-1108

DENIS P. KELLEHER

JOHN W. DUNNE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/06

**MEMO ENDORSED**

April 6, 2006

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   *United States v. Douglas Shyne, et. al.*
         S2 05 Cr. 1067 (KMK)

Dear Judge Karas:

I am the attorney for Naresh Pitambar ("Pitambar"), one of the defendants in the above-referenced indictment. I write to request until April 28, 2006 to file any pre-trial motions. Pitambar was arrested and arraigned on the instant indictment on February 9, 2006, one week after the Court set a date of March 3, 2006 for other co-defendants to file motions. The government has provided discovery on the following dates: February 17th, February 26th, March 22nd and March 26th. Accordingly, I need the additional time to review the voluminous discovery and would request until April 28th to file motions.

I have spoken to AUSA Danya Perry, and she indicated she has no objection to this request. Thank you for your consideration in this matter.

Respectfully submitted,

Denis Kelleher (DK-1414)

Cc: AUSA Danya Perry (via fax# 212-637-2429)

SO ORDERED

KENNETH M. KARAS U.S.D.J.
4/12/06