# KELLEHER & DUNNE LLP
### ATTORNEYS AT LAW

17 BATTERY PLACE
11TH FLOOR
NEW YORK, NY 10004

DENIS P. KELLEHER

JOHN W. DUNNE

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 5/16/06

May 12, 2006

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   *United States v. Douglas Shyne, et. al.*
      S2 05 Cr. 1067 (KMK)

Dear Judge Karas:

I am the attorney for Naresh Pitambar ("Pitambar"), one of the defendants in the above-referenced indictment. I write to request permission for Pitambar to travel to Atlanta, GA from May 22, 2006 until June 5, 2006. The purpose of this trip is to perform repairs on a home he recently purchased in the area.

I have spoken to AUSA Danya Perry, and she indicated she has no objection to this request. I also spoke to his pre-trial services officer, and he indicated that he has no objection to his request. Thank you for your consideration in this matter.

Respectfully submitted,

Denis Kelleher (DK-1414)

Cc: AUSA Danya Perry (via fax# 212-637-2429)

*[Handwritten endorsement:]* Naresh Pitambar may travel to Atlanta, GA from May 22 until June 5, 2006, if Pre-Trial services is provided with complete contact information and a travel itinerary before the trip begins.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
5/16/06