```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
UNITED STATES OF AMERICA,
                  Plaintiff,

    -against-                        ORDER

                                            05 Cr. 1067 (KRK)

Naresh Pitambar,
                Defendant(s).
-------------------------------------------------------X

Upon application of counsel for Naresh Pitambar, it is hereby

ORDERED that Naresh Pitambar's bail is modified as follows:

1. The defendant's $250,000 personal recognizance bond ("PRB") shall be co-signed by four financially responsible people ("FRP's");

2. The four signatures of the FRP's currently on the PRB are satisfactory;

3. The defendant is permitted to move his residence to 198 Antebellum Way, Riverdale, GA 30274 starting Monday August 21, 2006;

4. The defendant's travel is restricted to Georgia;

5. The defendant may travel in all districts between Georgia and the Southern District of New York in order to make his court appearances in the above-captioned matter; and

6. All other conditions on the defendant's PRB shall remain in effect.

Dated: New York, NY
       August 21, 2006

                                                               _____
                                                                     U.S.D.J.
                                                                     8/18/06