USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,
                        Plaintiff,

      -against-                             ORDER

                                           S4 05 Cr. 1067(KMK)
NARESH PITAMBAR,
                      Defendant(s).
-------------------------------------------------------X

      Upon application of counsel for Naresh Pitambar, it is hereby

ORDERED that transcript of Natasha Singh's January 25, 2006 bail violation hearing under the above docket number is unsealed and is to be immediately transcribed and provided only for in camera inspection to the Hon. Kenneth M. Karas only, and

IT IS FURTHER ORDERED that this transcript is not to be provided to any party without a further order of the Court.


Dated: New York, NY
         April 4, 2007

                                                  _____
                                                       U.S.D.J.