# KELLEHER & DUNNE LLP
## ATTORNEYS AT LAW

17 BATTERY PLACE
11TH FLOOR
NEW YORK, NY 10004

(212) 825-1700
FAX: (212) 825-1108

DENIS P. KELLEHER                                                                    JOHN W. DUNNE

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/07

VIA FACSIMILE

May 5, 2007

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Fax# 212-805-7968

> RE: *United States v. Douglas Shyne, et. al.*
> S4 05 Cr. 1067 (KMK)

Dear Judge Karas:

I am the attorney for Naresh Pitambar ("Pitambar"), one of the defendants in the above-referenced indictment. As the Court knows, Pitambar resides in Atlanta, GA. On May 3rd, the Court granted Pitambar permission to travel during trial to Atlanta to visit his family over this weekend. Pre-trial has his address in New York where he is staying during the trial week, and they have his contact information in Atlanta.

I have spoken to AUSA Danya Perry, and she indicated she has no objection to this request. Thank you for your consideration in this matter.

Respectfully submitted,

Denis Kelleher (DK-1414)

Cc: AUSA Danya Perry (via fax# 212-637-0052)

SO ORDERED

KENNETH M. KARAS, U.S.D.J.
5/5/07