KELLEHER & DUNNE LLP
ATTORNEYS AT LAW

~~USDC SDNY~~
~~DOCUMENT~~
~~ELECTRONICALLY FILED~~
~~DOC #:~~
~~DATE FILED: 5/18/07~~

DENIS P. KELLEHER

17 BATTERY PLACE
I⁵ᵗ FLOOR
NEW YORK, NY 10004
(212) 825-1700
FAX: (212) 825-1108

JOHN W. DUNNE

# MEMO ENDORSED

VIA FACSIMILE

May 18, 2007

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Fax# 212-805-7968

RE:     *United States v. Roberto Montgomery, et. al.*
        S4 05 Cr. 1067 (KMK)

Dear Judge Karas:

I am the attorney for Naresh Pitambar ("Pitambar") in the above-referenced indictment. On May 10, 2007, the Court amended Pitambar's bail conditions adding the condition that his house in Atlanta secure the $50,000 PRB. The Court gave Pitambar until today to satisfy that condition. I write to request an additional week. I need this week to get the most recent appraisal on the house and to file the necessary documents in the county clerk's office in Clayton County, GA. Thus, I would request until May 25, 2007 to satisfy this condition.

I have spoken to AUSA Danya Perry about this application, and she has no objection to it. Thank you for consideration in this matter.

Respectfully submitted,

Denis Kelleher (DK-1414)

Cc:     AUSA Perry (via fax)

Mr Pitambar is given until May 25, 2007 to satisfy the modified bail conditions.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
5/18/07