UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
UNITED STATES OF AMERICA                                    :      **ORDER**
                                                            :
    -v.-                                                    :      S4 05 Cr. 1067 (KMK)
                                                            :
NARESH PITAMBAR and                                         :
NATHANIEL ALEXANDER, et al.,                                :
                                                            :
            Defendants                                      :
                                                            :
------------------------------------------------------------x

WHEREAS, defendants Naresh Pitambar and Nathaniel Alexander were convicted at trial by a jury;

IT IS ORDERED that, as an additional condition of Pitambar's bail, Pitambar execute documents sufficient to provide the equity in his Atlanta residence as security for his bond, which equity shall not be less than $30,000; and

IT IS FURTHER ORDERED that, as an additional condition of Alexander's bail, Alexander shall arrange for two additional financially responsible persons to co-sign his bond; and

IT IS FURTHER ORDERED that the above-referenced conditions be satisfied on or before May 18, 2007; and

IT IS FURTHER ORDERED that all previously ordered conditions of the bail of Pitambar and Alexander remain in place.

Dated: May 31, 2007
       New York, New York

                                        _____
                                        The Honorable Kenneth M. Karas
                                        United States District Judge