UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA

                Docket No. S4 05 Cr. 1067 (KMK)

        Plaintiff,

-against-                NOTICE OF MOTION

ROBERTO MONTGOMERY, et. al.

        Defendant.
------------------------------------------------------------------X

      PLEASE TAKE NOTICE, that upon the accompanying Affirmation and Memorandum of Law dated the 11th day of June, 2007, all papers and proceedings heretofore had herein, the undersigned, attorney for NARESH PITMABAR, will move this Court at the Federal Courthouse, 500 Pearl Street, New York, New York, at a date and time convenient for the Court for an Order:

1.     Entering a Judgment of Acquittal pursuant to FRCrP 29;

2.     Permitting Naresh Pitambar to join in all the motions made by any and all of his co-defendant's to the extent they are consistent with his defense; and

3.     For such other relief as the court deems just and proper.

Dated: New York, New York
       June 11, 2007

                                Yours etc.,

                                _____/s/_____
                                Denis Patrick Kelleher (DK-1414)
                                Kelleher & Dunne LLP
                                Attorneys for Naresh Pitambar
                                17 Battery Place, 11th Floor
                                New York, New York 10004
                                (212) 825-1700

TO:     THE CLERK OF THE COURT
           United States District Court
           Southern District of New York
           500 Pearl Street
           New York, N.Y. 10007

           AUSA E. Danya Perry
           United States Attorney's Office
           One St. Andrew's Plaza
           New York, N.Y. 10007

           All Defense Counsel