UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/07

-----------------------------------------------------------X

UNITED STATES OF AMERICA,
                Plaintiff,

-against-                     ORDER

                                      05 Cr. 1067 (KRK)

Naresh Pitambar,
                Defendant(s).

-----------------------------------------------------------X

Upon application of counsel for Naresh Pitambar and with the consent of the government, it is hereby

ORDERED that Naresh Pitambar's bail is modified as follows:

1. The defendant's $250,000 personal recognizance bond ("PRB") shall be secured with $4,000 in cash on or before July 3, 2007.

2. A lis pendens or notice of pendency shall be filed immediately in Clayton County, GA where Pitambar's house is located naming the United States as an interested party in Pitambar's residence, 198 Antebellum Way, Riverdale, GA., and the house is to have $25,000 in equity

3. All other prior conditions on the defendant's PRB shall remain in effect.

Dated: New York, NY
       June 28, 2007

                                              _____
                                              U.S.D.J.