# KELLEHER & DUNNE LLP
### ATTORNEYS AT LAW

**MEMO ENDORSED**

17 BATTERY PLACE
11TH FLOOR
NEW YORK, NY 10004

DENIS P. KELLEHER

JOHN W. DUNNE

(212) 825-1700
FAX: (212) 825-1108

VIA FACSIMILE

August 17, 2007

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Fax# 212-805-7968

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/07

RE: *United States v. Douglas Shyne, et. al.*
S4 05 Cr. 1067 (KMK)

Dear Judge Karas:

I am the attorney for Naresh Pitambar ("Pitambar"), one of the defendants in the above-referenced indictment. I write to request until August 31, 2007 to file a reply to the government's response to my Rule 29 motion.[1] I received the government's response via ECF on August 10, 2007, but I was on vacation then and did not return to the office until yesterday.

I spoke to AUSA Dan Levy, and he indicated he has no objection to this request. I also spoke to Thomas Nooter, Esq., counsel for Roberto Montgomery, and Mr. Nooter joins in this request as he would like to file a reply as well. As the other two co-defendants who went to trial do not have a pending Rule 29 motion, I did not confer with them. Thank you for your consideration in this matter.

Respectfully submitted,

Denis Kelleher (DK-1414)

Cc: AUSA Dan Levy (via email)
Thomas Nooter, Esq. (via email)

Granted.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
8/17/07

---

[1] After reviewing the transcript and docket sheet, I do not believe the Court ever set a date when reply briefs were due.