**MEMO ENDORSED**

# KELLEHER & DUNNE LLP
ATTORNEYS AT LAW

17 BATTERY PLACE
11TH FLOOR
NEW YORK, NY 10004

(212) 825-1700
FAX: (212) 825-1108

DENIS P. KELLEHER

JOHN W. DUNNE

VIA FACSIMILE

August 31, 2007

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Fax# 212-805-7968

RE: *United States v. Douglas Shyne, et. al.*
S4 05 Cr. 1067 (KMK)

Dear Judge Karas:

I am the attorney for Naresh Pitambar ("Pitambar"), one of the defendants in the above-referenced indictment. I write to request until September 4, 2007 to file a reply to the government's response to my Rule 29 motion. My reply is currently due today. The reason for this request is that I have a new matter that requires my immediate attention, and I will not be able to complete my reply today. I have made one previous request for an extension of time to file my reply that the Court granted. I assure the Court that I will not make any further requests of this nature.

I spoke to AUSA Dan Levy, and he indicated he consents to this request. As the two of the other co-defendants who went to trial do not have a pending Rule 29 motion, I did not confer with them. As Mr. Nooter already filed his reply, I did not consult him either. Thank you for your consideration in this matter.

Respectfully submitted,

Denis Kelleher (DK-1414)

Cc: AUSA Dan Levy (via email)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/07

Granted.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
8/31/07