UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA

                            Plaintiff,

  -against-

ROBERTO MONTGOMERY, et. al.

                            Defendant.
------------------------------------------------------------------X

Docket No. S4 05 Cr. 1067 (KMK)

NOTICE OF MOTION

PLEASE TAKE NOTICE, that upon the accompanying Affirmation, Exhibits and Memorandum of Law dated the 8th day of November, 2007, all papers and proceedings heretofore had herein, the undersigned, attorney for NARESH PITMABAR, will move this Court at the Federal Courthouse, 500 Pearl Street, New York, New York, at a date and time convenient for the Court for an Order:

1. Granting a new trial pursuant to Federal Rule of Criminal Procedure 33;

2. Permitting Naresh Pitambar to join in all the motions made by any and all of his co-defendant's to the extent they are consistent with his application; and

3. For such other relief as the court deems just and proper.

Dated: New York, New York
        November 8, 2007

                                    Yours etc.,

                                    _____/s/_____
                                    Denis Patrick Kelleher (DK-1414)
                                    Kelleher & Dunne LLP
                                    Attorneys for Naresh Pitambar
                                    17 Battery Place, 11th Floor
                                    New York, New York 10004
                                    (212) 825-1700

TO:   THE CLERK OF THE COURT
      United States District Court
      Southern District of New York
      500 Pearl Street
      New York, N.Y. 10007 (via ECF)

      AUSA E. Danya Perry
      United States Attorney's Office
      One St. Andrew's Plaza
      New York, N.Y. 10007 (via ECF)

      All Defense Counsel (via ECF)