# EXHIBIT B

EXHIBIT B

# KELLEHER & DUNNE LLP
ATTORNEYS AT LAW

17 BATTERY PLACE
11TH FLOOR
NEW YORK, NY 10004

(212) 825-1700
FAX: (212) 825-1108

DENIS P. KELLEHER

JOHN W. DUNNE

VIA FACSIMILE

March 27, 2007

AUSA Danya Perry
United States Attorney's Office
Southern District of New York
One Saint Andrews Plaza
New York, N.Y. 10007
Fax No. 212-637-2429

RE:   *United States v. Roberto Montgomery, et. al.*
S4 05 Cr. 1067 (KMk)

Dear AUSA Perry:

I am the attorney for Naresh Pitambar ("Pitambar") in the above-referenced matter. Pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), *United States v. Rivas*, 377 F.3d 195 (2d Cir. 2004), and *United States v. Gil*, 297 F.3d 93 (2d Cir. 2002), I immediately demand all exculpatory material, including but not limited to, statements by any witness interviewed by the government or law enforcement that indicated any of the following:[1]

1. that the witness knew or had reason to know that Pitambar did not know (or was not told) about the scheme alleged in the indictment; and
2. that the witness knew or had reason to know that Pitambar was not informed that any of the checks given to him by any alleged co-conspirator was a fraudulent check.

Furthermore, pursuant to FRE 702, 703, 705 and 1006 and Rule 16(a)(1)(F) & (G), I immediately demand any and all expert or scientific reports and summary charts you intend to introduce on your direct case.

As always, please call me if you have any questions.

Very truly yours,

Denis P. Kelleher

---

[1] Please be advised that this demand is continuing.

# hp LaserJet *3015*



'P LASERJET FAX

Mar-27-2007  1:03PM

| Fax Call Report | | | | | | | |
|---|---|---|---|---|---|---|---|
| Job | Date | Time | Type | Identification | Duration | Pages | Result |
| 150 | 3/27/2007 | 1:03:05PM | Send | 12126372429 | 0:31 | 1 | OK |

---

KELLEHER & DUNNE LLP
ATTORNEYS AT LAW

DENIS P. KELLEHER

17 BATTERY PLACE
11TH FLOOR
NEW YORK, NY 10004

JOHN W. DUNNE

(212) 825-1700
FAX: (212) 826-1108

VIA FACSIMILE

March 27, 2007

AUSA Danya Perry
United States Attorney's Office
Southern District of New York
One Saint Andrews Plaza
New York, N.Y. 10007
Fax No. 212-637-2429

RE:  *United States v. Roberto Montgomery, et. al.*
S4 05 Cr. 1067 (KMk)

Dear AUSA Perry:

    I am the attorney for Naresh Pitambar ("Pitambar") in the above-referenced matter. Pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), *United States v. Rivas*, 377 F.3d 195 (2d Cir. 2004), and *United States v. Gil*, 297 F.3d 93 (2d Cir. 2002), I immediately demand all exculpatory material, including but not limited to, statements by any witness interviewed by the government or law enforcement that indicated any of the following:[1]

1. that the witness knew or had reason to know that Pitambar did not know (or was not told) about the scheme alleged in the indictment; and
2. that the witness knew or had reason to know that Pitambar was not informed that any of the checks given to him by any alleged co-conspirator was a fraudulent check.

    Furthermore, pursuant to FRE 702, 703, 705 and 1006 and Rule 16(a)(1)(F) & (G), I immediately demand any and all expert or scientific reports and summary charts you intend to introduce on your direct case.

    As always, please call me if you have any questions.

Very truly yours,

Denis P. Kelleher

---

[1] Please be advised that this demand is continuing.

# KELLEHER & DUNNE LLP
ATTORNEYS AT LAW

17 BATTERY PLACE
11TH FLOOR
NEW YORK, NY 10004

DENIS P. KELLEHER

JOHN W. DUNNE

(212) 825-1700
FAX: (212) 825-1108

**VIA FACSIMILE**

April 2, 2007

AUSA Danya Perry
United States Attorney's Office
Southern District of New York
One Saint Andrews Plaza
New York, N.Y. 10007
Fax No. 212-637-2429

RE: *United States v. Roberto Montgomery, et. al.*
S4 05 Cr. 1067 (KMk)

Dear AUSA Perry:

I am the attorney for Naresh Pitambar ("Pitambar") in the above-referenced matter. Based upon my review of the 3500 material provided on March 30, 2007, I have determined the following documents are missing:

1. the types reports of Natasha Singh's all of her proffer meetings[1];
2. the transcripts in your possession for 3512O-3512S[2];
3. Natasha Singh's INS application that is the subject of Count 14 of the information she pled guilty;
4. Natasha Singh's proffer notes from March 5, 2007;
5. Grand Jury testimony of any witness the government intends on calling on trial[3]; and
6. Jeffrey Blue's cooperation agreement and information.

Please provide these documents immediately.

Very truly yours,

Denis P. Kelleher

---

[1] Either the FBI 302 or equivalent from the law enforcement agency conducting the interview.
[2] 3512P is a blank tape with no recording on it.
[3] The only grand jury provided is Willie Robinson.

# hp LaserJet *3015*



HP LASERJET FAX

Apr-2-2007   12:47PM

## Fax Call Report

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 183 | 4/ 2/2007 | 12:46:46PM | Send | 12126372429 | 0:30 | 1 | OK |

---

KELLEHER & DUNNE LLP
ATTORNEYS AT LAW

DENIS P. KELLEHER

17 BATTERY PLACE
11TH FLOOR
NEW YORK, NY 10004

JOHN W. DUNNE

(212) 825-1700
FAX: (212) 825-1106

VIA FACSIMILE

April 2, 2007

AUSA Danya Perry
United States Attorney's Office
Southern District of New York
One Saint Andrews Plaza
New York, N.Y. 10007
Fax No. 212-637-2429

RE: *United States v. Roberto Montgomery, et. al.*
S4 05 Cr. 1067 (KMk)

Dear AUSA Perry:

I am the attorney for Naresh Pitambar ("Pitambar") in the above-referenced matter. Based upon my review of the 3500 material provided on March 30, 2007, I have determined the following documents are missing:

1. the types reports of Natasha Singh's all of her proffer meetings[1];
2. the transcripts in your possession for 3512O-3512S[2];
3. Natasha Singh's INS application that is the subject of Count 14 of the information she pled guilty;
4. Natasha Singh's proffer notes from March 5, 2007;
5. Grand Jury testimony of any witness the government intends on calling on trial[3]; and
6. Jeffrey Blue's cooperation agreement and information.

Please provide these documents immediately.

Very truly yours,

Denis P. Kelleher

---

[1] Either the FBI 302 or equivalent from the law enforcement agency conducting the interview.
[2] 3512P is a blank tape with no recording on it.
[3] The only grand jury provided is Willie Robinson.

# KELLEHER & DUNNE LLP

ATTORNEYS AT LAW

17 BATTERY PLACE
11TH FLOOR
NEW YORK, NY 10004

(212) 825-1700
FAX: (212) 825-1108

DENIS P. KELLEHER

JOHN W. DUNNE

VIA FACSIMILE

April 11, 2007

AUSA Danya Perry
United States Attorney's Office
Southern District of New York
One Saint Andrews Plaza
New York, N.Y. 10007
Fax No. 212-637-2429

RE:   *United States v. Roberto Montgomery, et. al.*
      S4 05 Cr. 1067 (KMk)

Dear AUSA Perry:

I am the attorney for Naresh Pitambar ("Pitambar") in the above-referenced matter. Pursuant to 18 USC 3500, I demand the following documents:

1. Notes from March 5, 2007 to present of all meetings with Natasha Singh;
2. Grand Jury testimony of any witness the government intends on calling on trial besides Willie Robinson; and
3. all letters provided to Natasha Singh from Frank Rodriguez.

Please provide these documents immediately.

Very truly yours,

Denis P. Kelleher

# hp LaserJet *3015*



LASERJET FAX

Apr-11-2007  8:29AM

## Fax Call Report

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 258 | 4/11/2007 | 8:29:15AM | Send | 12126372429 | 0:28 | 1 | OK |

---

**KELLEHER & DUNNE LLP**
ATTORNEYS AT LAW

DENIS P. KELLEHER

17 BATTERY PLACE
11TH FLOOR
NEW YORK, NY 10004

(212) 825-1700
FAX: (212) 825-1108

JOHN W. DUNNE

**VIA FACSIMILE**

April 11, 2007

AUSA Danya Perry
United States Attorney's Office
Southern District of New York
One Saint Andrews Plaza
New York, N.Y. 10007
Fax No. 212-637-2429

RE: *United States v. Roberto Montgomery, et. al.*
S4 05 Cr. 1067 (KMk)

Dear AUSA Perry:

I am the attorney for Naresh Pitambar ("Pitambar") in the above-referenced matter. Pursuant to 18 USC 3500, I demand the following documents:

1. Notes from March 5, 2007 to present of all meetings with Natasha Singh;
2. Grand Jury testimony of any witness the government intends on calling on trial besides Willie Robinson; and
3. all letters provided to Natasha Singh from Frank Rodriguez.

Please provide these documents immediately.

Very truly yours,

Denis P. Kelleher