# EXHIBIT E

# EXHIBIT E

Received Fax : Oct 09 2007 1:29PM Fax Station : KELLEHER & DUNNE LLP p. 1

OCT-09-2007 13:36 U.S. ATTORNEY'S OFFICE 212 637 0052 P.001

# JOB INVOICE

Pay Dr Massimino Bldg

| | |
|---|---|
| TO First Funding Mortgage [illegible] | DATE ORDERED 11/16/04 |
| ADDRESS [illegible] | ORDER TAKEN BY [illegible] |
| [illegible] | PHONE NO. [illegible] |
| | CUSTOMER ORDER # [illegible] |
| | JOB LOCATION [illegible] |
| ATTENTION Winston Shillingford | JOB PHONE |
| | STARTING DATE 11/16/04 |
| | TERMS [illegible] |

| QTY | MATERIAL | PRICE | AMOUNT |
|---|---|---|---|
| 30 | Credit Services Repaired Accounts | | $67,400 |
| 5 | Business Credit Services Credit Reports | | [illegible] |

* Paid in full by Check (Cashier Ck)

**DESCRIPTION OF WORK**

Help to Clear credit report to be able to get a mortgage

**MISCELLANEOUS CHARGES**

Enclosed total price

| LABOR | HRS. | RATE | AMOUNT |
|---|---|---|---|
| Total Price [illegible] | | | |

WORK ORDERED BY Winston Shillingford

DATE ORDERED 11/16/04

DATE COMPLETED 3/16/05

CUSTOMER APPROVAL SIGNATURE [signature]

AUTHORIZED SIGNATURE [signature]

| | |
|---|---|
| TOTAL LABOR | $7400.00 |
| TOTAL MATERIALS | |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | $7400.00 |

NC2817
MADE IN USA

JOB INVOICE

GOVERNMENT EXHIBIT [illegible]



