# EXHIBIT G

EXHIBIT G

FROM :  FAX NO. :  Feb. 22 2005 11:49AM P3

carbonless  adams  NC2817  2 PART

# JOB INVOICE

| | |
|---|---|
| TO: Krizz Medical | DATE ORDERED: 10/22/04 |
| ADDRESS: 2208 Church | ORDER TAKEN BY: Pictur |
| NY NY | PHONE NO.: |
| ATTENTION: Cecil Peña | CUSTOMER ORDER #: |
| | JOB LOCATION: NY |
| | JOB PHONE: 212-876-4519 |
| | STARTING DATE: |
| | TERMS: PAID check |

| QTY | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| 3 | Venti Espresso Mch | 10,000 | 30,000 |
| 2 | Bun Machine | 10,000 | 20,000 |
| 4 | Grinder | 5,000 | 20,000 |
| 3 | Warmers | 6,000 | 18,000 |
| 6 | Commercial PSS | 4,000 | 24,000 |
| 2 | Granti Machine | 5,500 | 11,000 |
| 20 lbs | Vanilla | | 600 |
| 30 lbs | Espresso | | 900 |
| 30 lbs | Dem Coffee | | 1,500 |
| 40 lbs | Mocha | | 1,200 |
| 10 lbs | Hot Chocolate | | 200 |
| 35 lbs | Banana Hazelnut | | 1,050 |
| 30 lbs | Tazi Tea | | 1,800 |
| 60 lbs | French Vanilla | | 660 |
| 100 lbs | P/A Cold | | 3,000 |
| 400 lbs | Mocha Mix | | 12,000 |

MISCELLANEOUS CHARGES

LABOR | HRS | RATE | AMOUNT

WORK ORDERED BY: Derek B.
DATE ORDERED: 10/19/04
DATE COMPLETED: 10/22/04
CUSTOMER APPROVAL SIGNATURE: Cecil Peña
AUTHORIZED SIGNATURE: 

TOTAL LABOR:
TOTAL MATERIALS: 146,900
TOTAL MISCELLANEOUS:
SUBTOTAL:
TAX: 13,018
GRAND TOTAL: 159,918