**CERTIFICATE OF SERVICE**

      I certify under the penalty of perjury that on November 9, 2007 I caused the foregoing to be served on the following via ECF:

AUSA E. Danya Perry
One Saint Andrews Plaza
New York, NY 10007


_____/s/_____
Denis P. Kelleher, Esq.
Kelleher & Dunne, LLP
17 Battery Place, 11th Floor
New York, NY  10004
212-825-1700