# JOB INVOICE

2 PART

Massimo BLDG

| | |
|---|---|
| TO First Lending Mortgage Corp | DATE ORDERED 11/16/04 | ORDER TAKEN BY Chris (George) |
| ADDRESS Hillside Avenue | PHONE NO. | CUSTOMER ORDER # |
| New York | JOB LOCATION | Billing |
| ATTENTION Winston Shillingford | JOB PHONE | STARTING DATE 11/16/04 |
| | TERMS 6 months | |

| QTY | MATERIAL | UNIT | AMOUNT | DESCRIPTION OF WORK |
|---|---|---|---|---|
| 20 | Credit Services Personal Accounts | | $67,400 | help to Clear credit Report to be able to get a mortgage |
| 5 | Business (DBA) Services Credit Repairs | | | |

### MISCELLANEOUS CHARGES

Included In Total Price

| | LABOR | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | | | | |

Paid In Full by Check (Compania Ck)

| | |
|---|---|
| WORK ORDERED BY Winston Shillingford | TOTAL LABOR 8,740 00 |
| DATE ORDERED 11/16/04 | TOTAL MATERIALS |
| DATE COMPLETED 3/16/05 | TOTAL MISCELLANEOUS |
| CUSTOMER APPROVAL SIGNATURE | SUBTOTAL |
| | TAX |
| AUTHORIZED SIGNATURE | GRAND TOTAL 8,740 00 |

adams NC2817
MADE IN USA

**JOB INVOICE**

GOVERNMENT
EXHIBIT
402
06-Cr. 832 (KTD)
(ID)

# JOB INVOICE

| | | | | DATE ORDERED | ORDER TAKEN BY |
|---|---|---|---|---|---|
| | | | | 11/27/04 | Manager |

TO: Christopher Owens (Ceo)

PHONE NO. 804 343 0093    CUSTOMER ORDER #

ADDRESS: Richmond Va 23227

JOB LOCATION: 804 343-0093

JOB PHONE    STARTING DATE 11/27/04

ATTENTION: Paid in Full (Company) 6 months

TERMS: 6 months

| QTY. | MATERIAL | UNIT | AMOUNT | DESCRIPTION OF WORK |
|---|---|---|---|---|
| 3 | business Super market Credit Services w/employees (total # 95 people) | | $15,000.00 | Repair Credit reports Personal and business (help to Est New credit fo. business + Personal |
| 5 | locations R+S Stratus Credit Services with managers and employees total # 150 Clients | | $60,000.00 | **MISCELLANEOUS CHARGES** <br> * Clients Counted |
| 15 | Personal Files For Credit Services the Owner of above Companies | | $85,000.00 | **LABOR** <br> Flat Rates For Commercial accounts |

\* Order Total $160,000.00

| | | | |
|---|---|---|---|
| LABOR | HRS. | RATE | AMOUNT |

WORK ORDERED BY: Manager (C. Owens)

DATE ORDERED: 11/27/04

DATE COMPLETED: 5/27/05

CUSTOMER APPROVAL SIGNATURE

AUTHORIZED SIGNATURE

| | |
|---|---|
| TOTAL LABOR | 160 00 |
| TOTAL MATERIALS | |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | 160 000 |

adams NC2817
MADE IN USA

**JOB INVOICE**