eJA-NoFee

Local Criminal Notice of Appeal Form.

NOTICE OF APPEAL
United States District Court

Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

United States
v.
Naresh Pitambar

Docket No.: 05 Cr. 1067 (KMK)

Kenneth M. Karas
(District Court Judge)

Notice is hereby given that __Naresh Pitambar__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] _____
(specify)

entered in this action on __1/11/08__
(date)

Offense occurred after November 1, 1987    Yes [✗]   No [ ]

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction and Sentence [✓]

Date __1/14/08__

TO
Michael Garcia
US Atty for SDNY
One Saint Andrews Plaza
NY NY 10007

ADD ADDITIONAL PAGE (IF NECESSARY)

Denis Patrick Kelleher
(Counsel for Appellant)

Address  Kelleher + Dunne LLP
17 Battery Pl 11th Fl
NY NY 10004

Telephone Number: 212-825-1700

U.S. DISTRICT COURT FILED JAN 14 2008 S.D. OF N.Y.

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ___ ] I am ordering a transcript<br>[✗] I am not ordering a transcript<br>Reason<br>[✗] Daily copy is available<br>[ ___ ] U.S. Attorney has placed order<br>[ ___ ] Other. Attach explanation | Prepare transcript of<br>[ ___ ] Prepare proceedings _____<br>[ ___ ] Trial _____<br>[ ___ ] Sentencing _____<br>[ ___ ] Post-trial proceedings _____ | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment: [ ___ ] Funds [ ___ ]   CJA Form 24 [✗]

ATTORNEY'S SIGNATURE _____   DATE __1/14/08__

▶ COURT REPORTER ACKNOWLEDGMENT   To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____<br>(Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney

4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05