

U.S. Department of Justice

United States Attorney
Southern District of New York

## MEMO ENDORSED

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 17, 2008

By Facsimile
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re:   United States v. Pitambar
      S4 05 Cr. 1067 (KMK)
      Reg. No. 58690-054

Dear Judge Karas:

Further to the telephone conference conducted yesterday afternoon by the Court, the Government writes to inform the Court and defense counsel that the defendant has been redesignated by the Bureau of Prisons to serve his sentence at McRae Correctional Facility in McRae, Georgia.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
E. Danya Perry/Daniel W. Levy
Assistant United States Attorneys
Telephone: (212) 637-2434/-1062

cc:   Denis P. Kelleher, Esq. (by facsimile)

*Mr. Pitambar's surrender date is adjourned until August 11, 2008. He is to report to the above-referenced facility.*

*So ordered.*
*6/19/08*

TOTAL P.02